In the Matter of the Will of ALFRED JOHNSON, Deceased. MAY J. SCHULTZ, as Executrix, et al., Appellants; ALFRED JOHNSON, JR., et al., Respondents.

Submitted April 21, 1941; decided May 22, 1941.

*Franklin F. Russell* for motion.
*Thomas Gagan* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that it was not made in time.